Joey DeLeon, Esq.  (SBN #150974)
3501 Jamboree Road, North Tower, Fifth Floor
Newport Beach, CA 92660
Telephone: (949) 509-423l,   Fax: (949) 854-0676
Attorney for Downey Savings And Loan Association, F.A.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re:                                          ) | CHAPTER:  7 |
| CECILIA and NORMAN HILL            ) | CASE NO.:  07-41137 LT 7 |
|                                                   ) | RS No. **JDL-24** |
| Debtor(s)            ) | |
| DOWNEY SAVINGS AND LOAN ASSOCIATION, ) | **NOTICE OF HEARING ON** |
| F.A.                                             ) | **MOTION FOR RELIEF FROM STAY** |
| Movant              ) | |
| v.                                               ) | |
|                                                   ) | Date & Time: 6/6/07 @ 11:00 a.m. |
| CECILIA and NORMAN HILL, Debtors, and TEVIS ) | Judge:  Tchaikovsky |
| THOMPSON, Trustee                        ) | Department:  201 |
| Respondent(s)       ) | Court Addr: 1300 Clay St., Oakland |

YOU ARE HEREBY NOTIFIED that on the date, at the time, and in the Department of the United States Bankruptcy Court above-referenced a hearing will be held on the motion of Downey Savings and Loan Association F.A. ("Downey") for relief from the stay under 11 U.S.C. §362(a). The motion is brought on the basis of cause under §362(d)(1) and lack of equity under §362(d)(2).

If you oppose the granting of the relief requested in the motion, you must appear personally or through counsel at the time and place of the hearing.  Written opposition to the Motion may be filed and served in accordance with Local Rules. Unless otherwise ordered, no oral testimony will be heard by the Court at the hearing.  If you fail to timely file a written opposition or to appear, the court may grant the relief requested without oral argument.

Dated: May 17, 2007                    /s/  *Joey DeLeon*                                    .
                                                  Joey DeLeon, Esq.
                                                  Attorney for Downey Savings and Loan Association